**UNITED STATES of America,**
**Plaintiff–Appellee,**

**v.**

**Melvin SUMLER, a/k/a Clever,**
**Defendant–Appellant.**

**No. 01–6242.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 31, 2001.

Decided June 8, 2001.

Melvin Sumler, pro se. Nicholas Stephan Altimari, Office of the United States Attorney, Richmond, VA, for appellee.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Melvin Sumler appeals the district court's order denying his motion for a new trial based upon newly discovered evidence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Sumler,* No. CR–96–116 (E.D.Va. Sept. 26, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented

---

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*